| | | |
|---|---|---|
| DEMSEY J. HARSHAW, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:20-cv-00492-CEA-DCP |
| | ) | |
| NAS NALLE AUTOMATION SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING SUBSTITUTED EXHIBIT

Dempsey "Joe" Harshaw, III, by and through counsel, provides notice of filing a substituted exhibit previously attached to his response in opposition to Defendant's motion for summary judgment. Specifically, Mr. Harshaw substitutes the unsigned declaration of Judy Jackson, filed as docket entry 50-5, with the excecuted declaration of Ms. Jackson attached hereto. The contents of the declarations are identical except for Ms. Jackson's e-signature and the corresponding signature certification page.

RESPECTFULLY SUBMITTED,

*s/ Jesse D. Nelson*
JESSE D. NELSON (BPR # 025602)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
jesse@NLGattorneys.com

*Attorneys for Plaintiff Dempsey Harshaw, III*

## CERTIFICATE OF SERVICE

I certify that this document or pleading was served via the Court's ECF filing system on all individuals authorized and directed to receive such service, this 31st day of March, 2022.

_s/ Jesse D. Nelson_