# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **DEMPSEY J. HARSHAW, III,** | ) |
| **Plaintiff,** | ) |
| v. | ) No.: 3:20-cv-492-CEA-DCP |
| **NAS NALLE AUTOMATION SYSTEMS, LLC** | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims, with prejudice. Each party shall bear his and its own attorneys' fees and costs.

Respectfully submitted this 28th day of June, 2022.

 *s/ Jesse D. Nelson*
JESSE D. NELSON (BPR # 025602)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
jesse@NLGattorneys.com

*Attorneys for Dempsey J. Harshaw, III*

 *s/ Patrice D. Ott*
PATRICE D. OTT, *admitted pro hace vice*
KOLEY JESSEN, PC
1125 South 103rd Street, Ste 800
Omaha, NE 68124-1079
(402) 390-9500
patrice.ott@koleyjessen.com

MANDY S. FLOYD (BPR # 031123)
SAMUEL L. JACKSON (BPR # 021541)
SPENCER FANE LLP
511 Union Street, Ste 1600
Nashville, TN 37219
(615) 238-6305
mfloyd@spencerfane.com
sjackson@spencerfane.com

*Attorneys for Defendant NAS Nalle Automation Systems, LLC*

CERTIFICATE OF SERVICE

    I certify that this document or pleading was served via the Court's ECF Filing System on all users authorized and directed to receive such service, this 28th day of June, 2022.

                                            *s/ Jesse D. Nelson*